167 So. 594

## W. D. DOBBINS v. J. M. YEILDING, Treasurer Jefferson County.

### 6 Div. 879.

Supreme Court of Alabama.
April 4, 1936.

A. Leo Oberdorfer and Herbert J. Ward, both of Birmingham, for appellant.

Ernest Matthews, R. H. Scrivner, and Frank Bainbridge, all of Birmingham, for appellee.

PER CURIAM.

Affirmed on authority of Howard Yeilding v. State ex rel. Wilkinson, post, p. 292, 167 So. 580.

ANDERSON, C. J., and GARDNER, BOULDIN, FOSTER, and KNIGHT, JJ., concur.

THOMAS and BROWN, JJ., dissent.

167 So. 594

## J. M. YEILDING v. Ruth ALDRIDGE.

### 6 Div. 881.

Supreme Court of Alabama.
April 4, 1936.

Coleman, Spain, Stewart & Davies, of Birmingham, for appellant.

Ernest Matthews, R. H. Scrivner, and Frank Bainbridge, all of Birmingham, for appellee.

PER CURIAM.

Affirmed on authority of Howard Yeilding v. State ex rel. Wilkinson, post, p. 292, 167 So. 580.

ANDERSON, C. J., and GARDNER, BOULDIN, FOSTER, and KNIGHT, JJ., concur.

THOMAS and BROWN, JJ., dissent.